**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Big's Sausage LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba Texas Sausage Company; dba Big's Meat Market** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  2 – 2  6  5  9  1  5  8 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2581 South Loop 4 #424**<br>Number    Street | **PO Box 1077**<br>Number    Street |
| | P.O. Box |
| **Buda**          **TX**   **78610**<br>City          State   ZIP Code | **Buda**          **TX**   **78610**<br>City          State   ZIP Code |
| **Hays**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City          State   ZIP Code |

5. **Debtor's website (URL)**   **www.bigsmeatmarket.com and www.texashotsausage.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Big's Sausage LLC**                                           Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See* http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Big's Sausage LLC**                                              Case number (if known)

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____  When _____  Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
                           MM / DD / YYYY

District _____  When _____  Case number _____
                           MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____  Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____  When _____
                           MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                           MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **2581 South Loop #424**
                            Number     Street

_____

**Buda**                                **TX**      **78610**
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency   **Sentry Insurance**

Contact name   **Becky Paulson**

Phone   **715-346-9804**

Debtor  **Big's Sausage LLC** _____     Case number (if known) _____

| | |
|---|---|
| **Statistical and adminstrative information** | |

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/21/2023**
MM / DD / YYYY

**X** **/s/ Scott Alan Fiebig** _____
Signature of authorized representative of debtor

**Scott Alan Fiebig** _____
Printed name

**Manager/Owner** _____
Title

Debtor  **Big's Sausage LLC** _____  Case number (if known) _____

| 18. Signature of attorney | **X** **/s/ Elizabeth Hickson** | Date **07/21/2023** |
|---|---|---|

Signature of attorney for debtor

MM / DD / YYYY

**Elizabeth Hickson**
Printed name

**Hickson Law P.C.**
Firm name

**4833 Spicewood Springs Rd**
Number        Street

| **Austin** | **TX** | **78759** |
|---|---|---|
| City | State | ZIP Code |

| **(512) 346-8597** | **lizhickson@hicksonlawpc.com** |
|---|---|
| Contact phone | Email address |
| **09586000** | **TX** |
| Bar number | State |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

**Fill in this information to identify the case**

Debtor name: **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**                                                        _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account w/Prosperity Bank** | **Checking account** | 9  8  7  8 | $1,550.88 |

4.  **Other cash equivalents**        *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          **$1,550.88**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Debtor   **Big's Sausage LLC**

_____

Name

Case number (if known) _____

**7.    Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

7.1.   **Deposit with VS, LP**                                                   $12,075.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                         $12,075.00
Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11.   Accounts receivable**

11a.   90 days old or less:   _____ – _____ = ..............➔   _____
                             face amount        doubtful or uncollectible accounts

11b.   Over 90 days old:   _____ – _____ = ..............➔   _____
                           face amount        doubtful or uncollectible accounts

**12.   Total of Part 3**                                                         $0.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:          % of ownership: | | |
| **16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17.   Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

---

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **Big's Sausage LLC** _____    Case number (if known) _____

Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Meats | | | Cost | $3,006.35 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Sausages | | | Cost | $2,744.75 |
| Spices | | | Cost | $2,195.03 |
| **22. Other inventory or supplies** | | | | |
| Aprons/Bags/Sawdust/Seasonings | | | Cost | $7,995.73 |
| Boxes and liners | | | Cost | $783.40 |
| Casings | | | Cost | $1,557.50 |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.                    **$18,282.76**

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.                    **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

Debtor   **Big's Sausage LLC**                                              Case number (if known) _____
              Name

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Dell Optiflex 7050 - $50.00** **Computer monitor - $20.00** **Router - $10.00** **Dell GE laptop - $50.00** **POS System and scales - $10,000.00** **DellOptifles 5090 and software - $500.00** **Opt 7020 Computer and monitor - $200.00** | | | $10,830.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.          $10,830.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

Debtor  **Big's Sausage LLC**

Name
Case number (if known) _____

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2015 Chevrolet Tahoe - 120000 miles | | | $22,000.00 |
|---|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

Biro 22 Band saw - $2000.00
Biro 52 Mixer Grinder - $4000.00
Biro 32 Mixer grinder - $4000.00
Biro 56 Grinder - $2000.00
Vemeg Slinker Stuffer - $12000.00
Zesco Water Stuffer - $500.00
Promac VAc Machine - $500.00
3-Digi DS Scales - $300.00
Digi DS Scale - $30.00
Yamoto DP 6200 Scale - $100.00
5 StainlessSteel Tables - $500.00
15 Dunnage Racks - $200.00
20+ Assorted Meat Lugs - $25.00
4 Sausage Trucks - $100.00
100+ Smoke Sticks - $50.00
Assorted Hand tools - $50.00
Office furniture - $100.00
3 Stainless Steel Sinks - $100.00
Power washer - $50.00
Easy Slider patty maker/molds/ plates - $300.00
3 oz. patty plate - $20.00
Pedal Switch and cleaning plates - $20.00
Various Stuffer attachments - $300.00
Therma Data Wifi TD2TCw/logger/probes- $100.00
Thermapen Mk4 - $25.00
Custom mounted Smoker Trailer - $2500.00
Wire probes and Thermo couples - $25.00
Condensor & Evaporator fro Raw Cooler -
$3000.00
Stuffing horn for mixer grinder - $25.00
Meat Slicer - $200.00
Grinder and Bandsaw - $3000.00
Mixer - $25.00
Talsa 50# Stuffer - $2000.00
10 Tables - $375.00
Hnad sink - $20.00
Easy Slider w/molds/clamps - $500.00
4 OmCam Deli cases - $10000.00
2 Shelving kits -$100.00

| | | | |
|---|---|---|---|
| Sealing machine - $100.00 | | | $49,240.00 |
| One Truck Stainless Steel Smokehouse | | | $40,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $111,240.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor   **Big's Sausage LLC**                                   Case number (if known) _____
         Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$0.00** |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **Miscellaneous approved labeled sausage recipes** | | | **Unknown** |
| **61.  Internet domain names and websites** | | | |
| **www.texashotsausage.com**<br>**www.bigsmeatmarket.com** | | | **Unknown** |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |
| **66.  Total of Part 10.**<br>Add lines 60 through 65.  Copy the total to line 89. | | | **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

Debtor  **Big's Sausage LLC**                                    Case number (if known) _____
          Name

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

                                                                                    **Current value of
                                                                                    debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**Possible claim against contractor fpr poor worksmanship, delays and misrepresentation in
installation of the refrigeration rooms and equipment**                              $356,060.00

Nature of claim        **TDPA and misrepresentation**
Amount requested       **$356,060.00**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                  $356,060.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Big's Sausage LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,550.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,075.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $18,282.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,830.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $111,240.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $356,060.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $510,038.64 | **+** 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. $510,038.64

**Fill in this information to identify the case:**

Debtor name  **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
**Robert and Jan Fiebig**

**Creditor's mailing address**
**PO Box 1902**

_____

Gonzales          TX     78629

**Creditor's email address, if known**

**Date debt was incurred**   **7/27/2021**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 TChevrolet Tahoe**

**Describe the lien**
**PMSI / Agreement**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $33,000.00 | $22,000.00 |
| --- | --- |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

|  | $1,085,382.00 |
| --- | --- |

| Debtor | Big's Sausage LLC | | Case number (if known) | |
|---|---|---|---|---|

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
Robert and Jan Fiebig

**Creditor's mailing address**
PO Box 1902

Gonzales          TX    78629

**Creditor's email address, if known**

**Date debt was incurred**    5/22-6/14/23

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**Equipment/inventory**

**Describe the lien**
**Line of Credit / Agreement**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $520,773.00 | $0.00 |

**2.3**

**Creditor's name**
U.S. Small Business Admin.

**Creditor's mailing address**
4109 3rd St. SW

Washington D.C.

**Creditor's email address, if known**

**Date debt was incurred**    10/18/2021

**Last 4 digits of account number**        7    9    1    0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Tangible and intangible proeprty/equipment,invento**

**Describe the lien**
**EIDL loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $526,809.00 | $0.00 |

Debtor **Big's Sausage LLC** _____  Case number (if known) _____

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**UltraSource LLC**

**Creditor's mailing address**
**1414 West 29th Street**

_____

**Kansas City          MO   64108-3604**

**Creditor's email address, if known**

_____

**Date debt was incurred**    8/2022

**Last 4 digits of account number**    4  5  8  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                    **$4,800.00**                    **$40,000.00**

**One Truck Stainless Steel Smokehouse**

**Describe the lien**

**PMSI**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U. S. Attorney General** | Line ___**2.3**___ | ___ ___ ___ ___ |
| **Main Justice Bldg** | | |
| **10th & Constitution Avenue** | | |
| **Washington**          **DC**    **20530** | | |
| **U. S. Attorney/Civil Process Clerk** | Line ___**2.3**___ | ___ ___ ___ ___ |
| **601 N. W. Loop 410,  Suite 600** | | |
| **San Antonio**          **TX**    **78216-5597** | | |

**Fill in this information to identify the case:**

Debtor **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No.  Go to Part 2.
☑  Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,854.58 | $1,854.58 |

**State Comptrollers Office**

**PO Box 149355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**      **TX**    **78714-9355**

Basis for the claim:
**Sales Taxes**

Date or dates debt was incurred
**1/23-7/23**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number    **3  6  3  8**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Debtor   **Big's Sausage LLC**
_____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$1,171.09** |

**ABC Home & Commercial**

**9475 E. Highway 290**

_____

| **Austin** | **TX** | **78724-2303** |

Date or dates debt was incurred    **11/22-3/23**

Last 4 digits of account number    **4   5   6   1**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Pest control**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** |

**ACE Mart Restaurant Supply**

**PO Box 974297**

_____

| **Dallas** | **TX** | **75397-4297** |

Date or dates debt was incurred    _____

Last 4 digits of account number    **6   7   0   7**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$356.50** |

**Advannova, Inc**

**4500 Main Avenue**

_____

| **Groves** | **TX** | **77619-4712** |

Date or dates debt was incurred    **5/23**

Last 4 digits of account number    **t   w   y   N**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Pos System fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** |

**Alamo Food Equipment**

**6600 Guada Coma Drive**

_____

| **Schertz** | **TX** | **78154** |

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Big's Sausage LLC**                                    Case number (if known) _____

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Alsco**

**449 Vista Ridge Drive**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kyle**                              **TX      78640**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __9__ __8__ __6__ __7__

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Ascension Architecture**

**PO Box 340781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                            **TX      78734**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**AT & T**

**PO Box 5014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**                      **IL      60197-5014**

Basis for the claim:
**Telephone services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __9__ __3__ __7__ __1__

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**ATX Restaurant Supply**

**40113 Industrial Park Circle**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Georgetwon**                        **TX      78626**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor  **Big's Sausage LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Austin Budget Signs

3904 Warehouse Row

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade creditor

Austin                    TX      78704

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.46** |
|---|---|---|---|

Austin Industrial Refrigeration

13200 Pond Springs Road #D-30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Cooling system repairs

Austin                    TX      78729

Date or dates debt was incurred   6/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  7  8  6

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Big Cock Ranch

10921 E. Crystal Falls Parkway

#1703

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade creditor

Leander                   TX      78641

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Bruce Wilson

7905 Pitter Pat Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade creditor

Austin                    TX      78736

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Big's Sausage LLC** | Case number (if known) | |
|--------|----------------------|------------------------|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**Buda South 35 Warehouse LLC**

**317 Grace Lane #24D**

**Austin**     **TX**    **78746**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address

**Bunzl**

**12240 Collections Center Drive**

**Chicago**     **IL**    **60693**

Date or dates debt was incurred

Last 4 digits of account number   **1**   **4**   **8**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address

**Centerpoint Energy**

**PO Box 4981**

**Houston**     **TX**    **77210-4981**

Date or dates debt was incurred

Last 4 digits of account number   **8**   **2**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.16** Nonpriority creditor's name and mailing address

**Central Texas Refuse**

**PO Box 18685**

**Austin**     **TX**    **78760-8685**

Date or dates debt was incurred

Last 4 digits of account number   **0**   **0**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**garbage services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                   Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,185.11 |
|---|---|---|---|

**Charter Communications**

**PO Box 60074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**City of Industry**            **CA**    **91716-0074**

Basis for the claim:
**Phone service**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5   1   2   6**

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71,681.73 |
|---|---|---|---|

**Chase**

**PO Box 6294**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**            **IL**    **60197-6294**

Basis for the claim:
**Credit Card Purchases**

Date or dates debt was incurred    **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7   9   6   3**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**City of Buda Utility**

**405 E. Loop Street Bldg. 100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Buda**            **TX**    **78610**

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7   5   0   2**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**CLIFCO Spice Sales Inc.**

**PO Box 1046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Burleson**            **TX**    **76097**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.24 |

**Colorado Boxed Beef Co.**

**PO Box 95395**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Grapevine          TX      76099-9734**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred     **5/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **7   6   2   2**

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**CondorWeb**

**6651 Ruxton Lane**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin          TX      78749**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __  __  __  __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,015.00 |

**D Commerical Refrigeration, Inc.**

**PO Box 7124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Fort Worth          TX      76111**

Basis for the claim:
**Contracting fees**

Date or dates debt was incurred     **8-9/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2   1   5   2**

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Electronic Payments Inc.**

**1161 Scott Avenue**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Calverton          NY      11933**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2   2   5   9**

Debtor  **Big's Sausage LLC**                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

---

**3.25**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                **Unknown**
                                                              *Check all that apply.*

**Express Meat Service**                                      ☐ Contingent
**PO Box 144103**                                            ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**Austin**                    **TX**    **78714**            **Trade creditor**

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __               ☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                **Unknown**
                                                              *Check all that apply.*

**Extreme Texas Air**                                        ☐ Contingent
**PO Box 2142**                                              ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**Kyle**                      **TX**    **78640**            **Trade creditor**

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __               ☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                **Unknown**
                                                              *Check all that apply.*

**Federal Express**                                          ☐ Contingent
**PO Box 10306 Department CH**                               ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**Palatine**                  **IL**    **60055-0306**       **Trade creditor**

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    **8**  **2**  **3**  **9**  ☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                **Unknown**
                                                              *Check all that apply.*

**Food and Ag Lab, LLC**                                     ☐ Contingent
**300 Brushy Creek Road #205**                               ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**Cedar Park**                **TX**    **78613**            **Trade creditor**

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                              ☑ No
Last 4 digits of account number    __ __ __ __               ☐ Yes

---

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**Gulf Coast Paper Co. Inc.**

**PO Box 4227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Victoria**                    **TX      77903**           **Trade creditor**

Date or dates debt was incurred                            **Is the claim subject to offset?**

Last 4 digits of account number    **8    6    4    0**     ☑ No
                                                           ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**Hardcore Carnivore**

**6800 Westgate Blvd. #132 #113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin**                      **TX      78745**           **Trade creditor**

Date or dates debt was incurred                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __              ☑ No
                                                           ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**JAG Permits, LLC**

**1920 E. Riverside Dr. #A120 $298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin**                      **TX      78741**           **Trade creditor**

Date or dates debt was incurred                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __              ☑ No
                                                           ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$60,919.94** |

*Check all that apply.*

**JD Construction & Consulting**

**6991 Fitzhugh Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dripping Springs**            **TX      78620**           **Leasehold improvements**

Date or dates debt was incurred    **1/2023**              **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __              ☑ No
                                                           ☐ Yes

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33**  Nonpriority creditor's name and mailing address

**JD Service Co. LLC**

**9540 N. Hwy. 183**

**Florence**              **TX**     **76527**

Date or dates debt was incurred          **5/2022**

Last 4 digits of account number          **0    2    1    9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,273.60**

---

**3.34**  Nonpriority creditor's name and mailing address

**JRS Electric, LLC**

**7818 Paces Mill Lane**

**Austin**               **TX**     **78744**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.35**  Nonpriority creditor's name and mailing address

**Meat Church**

**205 S. College St.**

**Waxahachie**           **TX**     **75165**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.36**  Nonpriority creditor's name and mailing address

**NUCO2 LLC**

**2800 SE Market Place**

**Stuart**               **FL**     **34997**

Date or dates debt was incurred          _____

Last 4 digits of account number          **7    5    8    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Tank lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor **Big's Sausage LLC**  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,775.53** |

**Pak Quality Foods LLC**

**404 Pulliam Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Angelo**          **TX**    **76903**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred      **5/2023**

Is the claim subject to offset?

Last 4 digits of account number    **0  1  9  5**

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paq-Source**

**PO Box 1916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Leander**              **TX**    **78646-1916**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **0  2  2  1**

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Patty - O - Matic, Inc.**

**PO Box 404 Route 547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Farmingdale**          **NJ**    **07727**

Basis for the claim:
**Trade creditor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Pedernales Electric Co-op**

**PO Box 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Johnson City**         **TX**    **78636-0001**

Basis for the claim:
**Utility expenses**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Big's Sausage LLC**                    Case number (if known)  _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**PYE Barker Fire & Safety**

**2500 Northwinds Pkwy. #200**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade creditor**

**Alpharetta          GA     30009-2252**

Date or dates debt was incurred

Last 4 digits of account number   **0   1   6   8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,330.53 |

**Quality Casing Company Inc.**

**PO Box 695**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade creditor**

**Burlington          KY     41005**

Date or dates debt was incurred   **5/2023**

Last 4 digits of account number   **1   6   3   3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Reiser**

**725 Dedham Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade creditor**

**Canton          MA     02021**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Rob  Roy Parnell Inc.**

**251 McKellar Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade creditor**

**Dripping Springs          TX     78620**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **Big's Sausage LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

**Sentry Insurance**

**1800 North Point Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Stevens Point**              **WI**    **54481**        **Trade creditor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number      **0   5   3   1**      ☑ No
                                                            ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

**Shumway Van**

**8 E 300 S #500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Salt Lake City**            **UT**    **84111**        **Trade creditor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number     __ __  __ __  __ __  __ __      ☑ No
                                                            ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

**South Waste Disposal, LLC**

**16350 Park Ten Place #215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                   **TX**    **77084**        **Trade creditor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number      **9   7   0   8**      ☑ No
                                                            ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

**SouthWaste Disposal, LLC**

**PO Box 53988**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lafayette**                 **LA**    **70505-3988**    **Trade creditor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number      **9   7   0   8**      ☑ No
                                                            ☐ Yes

Debtor     **Big's Sausage LLC**                                                   Case number (if known) _____

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southwest Saw Corporation**

**3015 Broadway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                  **TX**    **77017**        **Trade creditor**

Date or dates debt was incurred               **Is the claim subject to offset?**

Last 4 digits of account number    **2   0   3   0**     ☑ No
☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spices Southern Style LLC**

**PO Box 20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Manor**                    **TX**    **78653**        **Trade creditor**

Date or dates debt was incurred               **Is the claim subject to offset?**

Last 4 digits of account number    **G   E   C   O**     ☑ No
☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,934.91** |
|---|---|---|---|

**Texas Custom SIGNS**

**2007 Windy Terrace, Ste A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cedar Park**               **TX**    **78613**        **Signs**

Date or dates debt was incurred    **12/2022**     **Is the claim subject to offset?**

Last 4 digits of account number    **4   0   5   0**     ☑ No
☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Texas Department of State Health**

**PO Box 149347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ausitn**                   **TX**    **78714-9347**   **Penalty**

Date or dates debt was incurred    **2023**     **Is the claim subject to offset?**

Last 4 digits of account number    **0   0   3   2**     ☑ No
☐ Yes

Debtor   **Big's Sausage LLC**                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Gas Service**

**PO Box 31427**

**El Paso**                    **TX**      **79931-0427**

Date or dates debt was incurred

Last 4 digits of account number    **1    5    2    7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Suits, LLC**

**13750 San Pedron #810**

**San Antonio**                 **TX**      **78232**

Date or dates debt was incurred    **11/22-1/23**

Last 4 digits of account number    **1    0    9    5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$611.44**

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Unifirst Holdings, Inc.**

**6000 Bolm Road**

**Austin**                      **TX**      **78721**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**UPS Domestic**

**PO Box 577**

**Carol Stream**                **IL**      **60232**

Date or dates debt was incurred

Last 4 digits of account number    **3    3    5    3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

Debtor **Big's Sausage LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**US Foods**

**PO Box 841587**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75284-1587**

**Basis for the claim:**
**Trade creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9**   **7**   **2**   **3**

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$717,000.00** |
|---|---|---|---|

**VS, LP**

**2425 Mountain View Drive**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carlsbad**      **CA**    **92008**

**Basis for the claim:**
**Lease agreement**

Date or dates debt was incurred   **5/2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**West Gulf Containers**

**15920 East Freeway**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Channelview**      **TX**    **77530**

**Basis for the claim:**
**Trade creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Big's Sausage LLC**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A.R.M. Solutions, Inc.**<br>**PO Box 2929**<br><br>**Camarillo          CA     93011-2929** | Line **3.1**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.2 | **Gossett, Harrison, Millican, & Stipanovi**<br>**PO Drawer 911**<br><br>**San Angelo          TX     76902** | Line **3.37**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.3 | **VS, LP**<br>**6805 RR 2338**<br><br>**Georgetown          TX     78633** | Line **3.58**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor     **Big's Sausage LLC**_____     Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|   |   |   |   | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. |  | **$1,854.58** |
| 5b. | **Total claims from Part 2** | 5b. | + | **$957,702.08** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | **$959,556.66** |

**Fill in this information to identify the case:**

Debtor name   **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   _____   Chapter   **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Commerical lease** **Contract to be REJECTED** | **VS, LP** **6805 RR 2338** |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Georgetown          TX        78633** |

**Fill in this information to identify the case:**

Debtor name     **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Scott Fiebig** | **267 Travertine Trail** <br> Number       Street <br> **Buda, TX 78610** <br> City                          State    ZIP Code | **U.S. Small Business Admin.** | ☒  D <br> ☐  E/F <br> ☐  G |

**Fill in this information to identify the case:**

Debtor Name  **Big's Sausage LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from Schedule A/B................................................................. **$0.00**

    1b. **Total personal property:**
Copy line 91A from Schedule A/B............................................................... **$510,038.64**

    1c. **Total of all property:**
Copy line 92 from Schedule A/B................................................................. **$510,038.64**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... **$1,085,382.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. **$1,854.58**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $957,702.08**

**4.** **Total liabilities**
Lines 2 + 3a + 3b.......................................................................... **$2,044,938.66**

**Fill in this information to identify the case and this filing:**

Debtor Name __**Big's Sausage LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number _____
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
<span style="float:right">12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**07/21/2023**__        X __**/s/ Scott Alan Fiebig**_____
      MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     **Scott Alan Fiebig**_____
                                     Printed name

                                     **Manager/Owner**_____
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Big's Sausage LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2023** to Filing date<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$204,310.26** |
| **For prior year:** From **01/01/2022** to **12/31/2022**<br><sub>MM / DD / YYYY</sub>   <sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☑ Other **Grant income** | **$821,913.00** |
| **For the year before that:** From **01/01/2021** to **12/31/2021**<br><sub>MM / DD / YYYY</sub>   <sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☑ Other **Grant/ins./ERC** | **$834,053.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **IRS**<br><sub>Creditor's name</sub><br>**EFTPS**<br><sub>Street</sub><br><br>_____<br><sub>City    State    ZIP Code</sub> | 4/11/23-<br>6/26/23 | **$12,370.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payroll taxes** |

Debtor **Big's Sausage LLC** _____  Case number (if known) _____
        Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

Check all that apply

3.2. **PAK Quality Foods**
     Creditor's name
     **404 Pulliam Street**
     Street

     **San Angelo        TX    76903**
     City              State  ZIP Code

Dates: **4/28-5/11 2023**

Total amount or value: **$12,491.12**

Reasons for payment or transfer / Check all that apply
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

4.1. **Robert Fiebig**
     Insider's name
     **PO Box 1902**
     Street

     **Gonzales        TX    78629**
     City            State  ZIP Code

Dates: **12/22-3/23**

Total amount or value: **$1,997.65**

Reasons for payment or transfer: **Reimbursement for office supplies**

**Relationship to debtor**

**Father of Owner**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

Debtor     **Big's Sausage LLC**                                    Case number (if known) _____
           Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Hickson Law P.C.** | | **4/25/2023** | **$1,538.00** |

**Address**

**4833 Spicewood Springs Rd #200**
Street

_____

**Austin**                    **TX**     **78759**
City                           State    ZIP Code

**Email or website address**
**lizhickson@hicksonlawpc.com**

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Big's Sausage LLC**_____        Case number (if known) _____
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. | **270 Old San Antonio Road** | | From | **4/22** | To | **4/23** |
| | Street | | | | |
| | | | | | |
| | **Buda**          **TX**    **78610** | | | | |
| | City          State    ZIP Code | | | | |

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.2. | **2915 E. 12th Street** | | From | **9/2017** | To | **11/2022** |
| | Street | | | | |
| | | | | | |
| | **Austin**          **TX**    **78702** | | | | |
| | City          State    ZIP Code | | | | |

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor  **Big's Sausage LLC**_____  Case number (if known) _____
Name

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Austin Telco FCU** <br> Name <br> **11149 Research Blvd. #300** <br> Street <br><br> **Austin**  **TX**  **78759** <br> City  State  ZIP Code | XXXX- **9 7 9 4** | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **6/8/23** | **$100.95** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **Austin Telco FCU** <br> Name <br> **11149 Research Blvd. #300** <br> Street <br><br> **Austin**  **TX**  **78759** <br> City  State  ZIP Code | XXXX- **9 7 9 4** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **6/8/23** | **$173.30** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Big's Sausage LLC**_____    Case number (if known) _____
                   Name

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

Debtor    **Big's Sausage LLC**        Case number (if known) _____
<br>Name

### 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|
| 26a.1. | **Robert Fiebig** | | From | **9/2017** | To   **present** |
| | Name | | | | |
| | **PO Box 1902** | | | | |
| | Street | | | | |
| | **Gonzales** | **TX**   **78629** | | | |
| | City | State   ZIP Code | | | |

| **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|
| 26a.2. | **Erickson Demel & Associates, PLLC** | | From | **9/2017** | To   **present** |
| | Name | | | | |
| | **7800 N. Mopac #105** | | | | |
| | Street | | | | |
| | **Austin** | **TX**   **78759** | | | |
| | City | State   ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|
| 26b.1. | **Robert Fiebig** | | From | **9/2017** | To   **present** |
| | Name | | | | |
| | **PO Box 1902** | | | | |
| | Street | | | | |
| | **Gonzales** | **TX**   **78629** | | | |
| | City | State   ZIP Code | | | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Robert Fiebig** | |
| | Name | |
| | **PO Box 1902** | |
| | Street | |
| | **Gonzales**   **TX**   **78629** | |
| | City   State   ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | |
|---|---|
| 26d.1. | **Southstar Bank** |
| | Name |
| | **PO Box 1932** |
| | Street |
| | **Gonzales**   **TX**   **78629** |
| | City   State   ZIP Code |

Debtor   **Big's Sausage LLC**                                    Case number (if known) _____
         Name

**Name and address**

26d.2.   **VS, LP**
         Name
         **2425 Mountain View Drive**
         Street

         **Carlsbad**                        **CA**      **92008**
         City                                State        ZIP Code

**Name and address**

26d.3.   **Prosperity Bank**
         Name
         **900 Congress Avenue**
         Street

         **Austin**                          **TX**      **78701**
         City                                State        ZIP Code

**Name and address**

26d.4.   **Waterloo Lending**
         Name
         **5506 Hwy 290 West #300**
         Street

         **Austin**                          **TX**      **78735**
         City                                State        ZIP Code

**Name and address**

26d.5.   **Providence Bank**
         Name
         **3070 Saturn Street #100**
         Street

         **Brea**                            **CA**      **92821**
         City                                State        ZIP Code

**Name and address**

26d.6.   **JB Goodwin Realtors**
         Name
         **1613 S. Capital of Texas Hwy #101**
         Street

         **Austin**                          **TX**      **78746**
         City                                State        ZIP Code

**Name and address**

26d.7.   **UltraSource**
         Name
         **1414 West 29th Street**
         Street

         **Kansas City**                     **MO**      **64108**
         City                                State        ZIP Code

Debtor    **Big's Sausage LLC**_____    Case number (if known)    _____
          Name

          **Name and address**

26d.8.    **Sentry Insurance**_____
          Name
          **PO Box 8019**_____
          Street
          _____
          **Stevens Point**_____**WI**____**54481**____
          City                    State    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Scott Fiebig** | **12/31/2022** | **$40,438.00 / Cost** |

**Name and address of the person who has possession of inventory records**

27.1.   **Scott Fiebig**_____
        Name
        **267 Travertine Trail**_____
        Street
        _____
        **Buda**_____**TX**____**78610**____
        City                State    ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Scott Fiebig** | **12/31/2021** | **$27,608.00 / Cost** |

**Name and address of the person who has possession of inventory records**

27.2.   **Scott Fiebig**_____
        Name
        **267 Travertine Trail**_____
        Street
        _____
        **Buda**_____**TX**____**78610**____
        City                State    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Fiebig** | **267 Travertine Trail**<br>**Buda, TX 78610** | **Sole Member / Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Big's Sausage LLC**
_____  Case number (if known) _____
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Scott Fiebig** <br> Name <br> **267 Travertine Trail** <br> Street <br><br> **Buda**      **TX**   **78610** <br> City     State   ZIP Code <br><br> **Relationship to debtor** <br> **Owner** | **Draws/payments** <br> **$9,479.87** | **9/30/22 -** <br> **12/31/22** | **Services** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Scott Fiebig** <br> Name <br> **267 Travertine Trail** <br> Street <br><br> **Buda**      **TX**   **78610** <br> City     State   ZIP Code <br><br> **Relationship to debtor** <br> **Owner** | **Payroll** <br> **$65,423.00** | **7/2022-** <br> **5/28/23** | **payroll** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Debtor    **Big's Sausage LLC** _____    Case number (if known) _____
      Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/21/2023** _____
      MM / DD / YYYY

**X** **/s/ Scott Alan Fiebig** _____    Printed name **Scott Alan Fiebig** _____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **Manager/Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **Big's Sausage LLC**

Case No. _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$1,200.00**

Prior to the filing of this statement I have received....................................................... **$1,200.00**

Balance Due................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Defending Motions to Lift Stay ($250.00)**
**- Responding to Motions to Dismiss ($275.00)**
**- Adding creditors after the initial filing ($75.00)**
**- Motions to Avoid non-purchase money liens or judicial liens on homestead ($250.00)**
**- Motions to Sell Property ($400.00), with a motion to expedite hearing ($200.00 more)**
**- Notice of reset creditors meeting ($150.00)**
**- Post-Confirmation Plan Modifications ($450.00)**
**- Application to Incur Debt ($200.00)**
**- Application for Tax Refund ($450.00)**
**- Motion for a 30 or 60 day moratorium ($200.00)**
**- Adversary Proceeding ($275.00 hourly)**
**- Motions to vacate or amend an order ($250.00)**
**- Motions to Reinstate Dismissed Case ($400.00), with a motion to expedite hearing ($200.00 more)**
**- Motion to Pay Off Early ($400.00)**
**- Voluntary Motion to Dismiss ($250.00)**
**-Motion to Lift Stay (Divorce) ($300.00)**
**-Returned check ($30.00)**
**-Defending Default Letters ($175.00) and hour**
**-Request for title ($125.00)**
**-Additional copies of bankruptcy petition $25.00**
**-Request for stored file ($75.00)**
**-Copy of discharge letter ($10.00)**
**-Motion for Loan Modification Approval ($450.00) ,with a motion to expedite hearing ($250.00)**
**Litigation of discharge or exemption issues - $275.00 hourly rate with periodic billing.**

**The contract for bankruptcy services does not include filing or defending an adversary compliant nor an agreement to initiate or defend any litigation on the behalf of the debtor(s) in state court nor in bankrupcty court.  If a complaint is filed we will negotiate our representation and our fee at that time.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **07/21/2023** | **/s/ Elizabeth Hickson** | |
|---|---|---|
| *Date* | *Elizabeth Hickson* | Bar No.  09586000 |
| | Hickson Law P.C. | |
| | 4833 Spicewood Springs Rd | |
| | Austin, TX 78759 | |
| | Phone: (512) 346-8597 / Fax: (512) 346-2047 | |

**/s/ Scott Alan Fiebig**
*Scott Alan Fiebig*
*Manager/Owner*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Big's Sausage LLC**                                    CASE NO

                                                                          CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/21/2023 _____            Signature  **/s/ Scott Alan Fiebig** _____
                                                                          *Scott Alan Fiebig*
                                                                          *Manager/Owner*

Date _____                            Signature _____

A.R.M. Solutions, Inc.
PO Box 2929
Camarillo, CA 93011-2929


ABC Home & Commercial
9475 E. Highway 290
Austin, TX 78724-2303


ACE Mart Restaurant Supply
PO Box 974297
Dallas, TX 75397-4297


Advannova, Inc
4500 Main Avenue
Groves, TX 77619-4712


Alamo Food Equipment
6600 Guada Coma Drive
Schertz, TX 78154


Alsco
449 Vista Ridge Drive
Kyle, TX 78640


Ascension Architecture
PO Box 340781
Austin, TX 78734


AT & T
PO Box 5014
Carol Stream, IL 60197-5014


ATX Restaurant Supply
40113 Industrial Park Circle
Georgetwon, TX 78626

Austin Budget Signs
3904 Warehouse Row
Austin, TX 78704

Austin Industrial Refrigeration
13200 Pond Springs Road #D-30
Austin, TX 78729

Big Cock Ranch
10921 E. Crystal Falls Parkway
#1703
Leander, TX 78641

Bruce Wilson
7905 Pitter Pat Lane
Austin, TX 78736

Buda South 35 Warehouse LLC
317 Grace Lane #24D
Austin, TX 78746

Bunzl
12240 Collections Center Drive
Chicago, IL 60693

Centerpoint Energy
PO Box 4981
Houston, TX 77210-4981

Central Texas Refuse
PO Box 18685
Austin, TX 78760-8685

Charter Communications
PO Box 60074
City of Industry, CA 91716-0074

Chase
PO Box 6294
Carol Stream, IL 60197-6294


City of Buda Utility
405 E. Loop Street Bldg. 100
Buda, TX 78610


CLIFCO Spice Sales Inc.
PO Box 1046
Burleson, TX 76097


Colorado Boxed Beef Co.
PO Box 95395
Grapevine, TX 76099-9734


CondorWeb
6651 Ruxton Lane
Austin, TX 78749


D Commerical Refrigeration, Inc.
PO Box 7124
Fort Worth, TX 76111


Electronic Payments Inc.
1161 Scott Avenue
Calverton, NY 11933


Express Meat Service
PO Box 144103
Austin, TX 78714


Extreme Texas Air
PO Box 2142
Kyle, TX 78640

Federal Express
PO Box 10306 Department CH
Palatine, IL 60055-0306


Food and Ag Lab, LLC
300 Brushy Creek Road #205
Cedar Park, TX 78613


Gossett, Harrison, Millican, & Stipanovi
PO Drawer 911
San Angelo, TX 76902


Gulf Coast Paper Co. Inc.
PO Box 4227
Victoria, TX 77903


Hardcore Carnivore
6800 Westgate Blvd. #132 #113
Austin, TX 78745


JAG Permits, LLC
1920 E. Riverside Dr. #A120 $298
Austin, TX 78741


JD Construction & Consulting
6991 Fitzhugh Road
Dripping Springs, TX 78620


JD Service Co. LLC
9540 N. Hwy. 183
Florence, TX 76527


JRS Electric, LLC
7818 Paces Mill Lane
Austin, TX 78744

Meat Church
205 S. College St.
Waxahachie, TX 75165


NUCO2 LLC
2800 SE Market Place
Stuart, FL 34997


Pak Quality Foods LLC
404 Pulliam Street
San Angelo, TX 76903


Paq-Source
PO Box 1916
Leander, TX 78646-1916


Patty - O - Matic, Inc.
PO Box 404 Route 547
Farmingdale, NJ 07727


Pedernales Electric Co-op
PO Box 1
Johnson City, TX 78636-0001


PYE Barker Fire & Safety
2500 Northwinds Pkwy. #200
Alpharetta, GA 30009-2252


Quality Casing Company Inc.
PO Box 695
Burlington, KY 41005


Reiser
725 Dedham Street
Canton, MA 02021

Rob  Roy Parnell Inc.
251 McKellar Road
Dripping Springs, TX 78620


Robert and Jan Fiebig
PO Box 1902
Gonzales, TX 78629


Sentry Insurance
1800 North Point Drive
Stevens Point, WI 54481


Shumway Van
8 E 300 S #500
Salt Lake City, UT 84111


South Waste Disposal, LLC
16350 Park Ten Place #215
Houston, TX 77084


SouthWaste Disposal, LLC
PO Box 53988
Lafayette, LA 70505-3988


Southwest Saw Corporation
3015 Broadway
Houston, TX 77017


Spices Southern Style LLC
PO Box 20
Manor, TX 78653


State Comptrollers Office
PO Box 149355
Austin, TX 78714-9355

Texas Custom SIGNS
2007 Windy Terrace, Ste A
Cedar Park, TX 78613


Texas Department of State Health
PO Box 149347
Ausitn, TX 78714-9347


Texas Gas Service
PO Box 31427
El Paso, TX 79931-0427


Texas Suits, LLC
13750 San Pedron #810
San Antonio, TX 78232


U. S. Attorney General
Main Justice Bldg
10th & Constitution Avenue
Washington, DC 20530


U. S. Attorney/Civil Process Clerk
601 N. W. Loop 410,  Suite 600
San Antonio, TX 78216-5597


U.S. Small Business Admin.
4109 3rd St. SW
Washington D.C.


UltraSource LLC
1414 West 29th Street
Kansas City, MO 64108-3604


Unifirst Holdings, Inc.
6000 Bolm Road
Austin, TX 78721

UPS Domestic
PO Box 577
Carol Stream, IL 60232


US Foods
PO Box 841587
Dallas, TX 75284-1587


VS, LP
2425 Mountain View Drive
Carlsbad, CA 92008


VS, LP
6805 RR 2338
Georgetown, TX 78633


West Gulf Containers
15920 East Freeway
Channelview, TX 77530